Filed by ___TB___ D.C.

May 25, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**17-20354-CR-COOKE/GOODMAN**

CASE NO. _____

18 U.S.C. § 875(c)

UNITED STATES OF AMERICA

vs.

GERALD SLOANE WALLACE,

    **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about February 19, 2017, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**GERALD SLOANE WALLACE,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, and with the knowledge that the communication would be viewed as a threat, in that he stated in a recorded voicemail message to a mosque, "Fuck you Muslims, fuck Mohammed, fuck the Koran and fuck Islam.  I hate you Muslims, you Muslims are terrible. I hate you people.  I'm gonna go down to your center, I'm gonna' shoot all ya'll. Fuck

you, I hate your Allah, I hate your Koran, I hate everything about Islam. You people are worthless shit. Go to hell. Fuck you," in violation of Title 18, United States Code, Section 875(c).

                          A TRUE BILL

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
HARRY C. WALLACE, JR.
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| GERALD SLOANE WALLACE | **CERTIFICATE OF TRIAL ATTORNEY** |
| **Defendant.** _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | | | New Defendant(s) | Yes ___ | No ___ |
|---|---|---|---|---|---|---|---|
| X | Miami | ___ | Key West | | Number of New Defendants | ___ | |
| ___ | FTL | ___ | WPB | ___ FTP | Total number of counts | ___ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect    _____

4. This case will take   5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   | I   | 0 to 5 days      | _X_ | Petty    | ___ |
   |-----|------------------|-----|----------|-----|
   | II  | 6 to 10 days     | ___ | Minor    | ___ |
   | III | 11 to 20 days    | ___ | Misdem.  | ___ |
   | IV  | 21 to 60 days    | ___ | Felony   | _X_ |
   | V   | 61 days and over | ___ |          |     |

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   February 27, 2017
   Rule 20 from the _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___Yes   _x_ No

_____
HARRY C. WALLACE, JR.
ASSISTANT UNITED STATES ATTORNEY
Court No.

*Penalty Sheet(s) attached                                                                 REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>GERALD SLOANE WALLACE</u>

**Case No**: _____

Count #: 1

<u>Interstate Transmission of a Threat to Injure</u>

<u>Title 18, United States Code, Section 875(c)</u>

**\* Max.Penalty**:      5 years

Counts #:

_____

_____

**\* Max.Penalty**:

Count #:

_____

_____

**\* Max.Penalty**:

Count #:

_____

_____

**\* Max.Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.