UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20354-CR-MGC(s)
18 U.S.C. § 247(a)(2) and (d)(3)
18 U.S.C. § 875(c)

UNITED STATES OF AMERICA

vs.

GERALD SLOANE WALLACE,

      **Defendant.**
_____/

FILED BY ___TB___
Jun 15, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
Obstruction of Persons in the Free Exercise of Religious Beliefs
(18 U.S.C. §§247(a)(2) and (d)(3))

On or about February 19, 2017, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**GERALD SLOANE WALLACE,**

in or affecting interstate commerce, did intentionally obstruct, and attempt to obstruct, by threat of force, members of the Islamic Center of Greater Miami, in the enjoyment of the members' free exercise of their religious beliefs, in that the defendant used a cellular telephone to call the Islamic Center of Greater Miami and left a voicemail message that included the threatened use of a dangerous weapon by stating, "Fuck you Muslims, fuck Mohammed, fuck the Koran and fuck Islam. I hate you Muslims, you Muslims are terrible. I hate you people. I'm gonna go down to your center, I'm gonna shoot all ya'll. Fuck you, I hate your Allah, I hate your Koran, I hate everything about Islam. You people are worthless shit. Go to hell. Fuck you," in violation of Title 18, United States Code, Section 247(a)(2) and (d)(3).

**COUNT 2**
Communications of a Threat to Injure
(18 U.S.C. §875(c))

On or about February 19, 2017, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**GERALD SLOANE WALLACE,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, and with the knowledge that the communication would be viewed as a threat, in that he stated in a recorded voicemail message to the Islamic Center of Greater Miami, "Fuck you Muslims, fuck Mohammed, fuck the Koran and fuck Islam. I hate you Muslims, you Muslims are terrible. I hate you people. I'm gonna go down to your center, I'm gonna shoot all ya'll. Fuck you, I hate your Allah, I hate your Koran, I hate everything about Islam. You people are worthless shit. Go to hell. Fuck you," in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

F.

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

T.E. WHEELER, II
ACTING ASSISTANT
ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION

_____
HARRY C. WALLACE, JR.
ASSISTANT U.S. ATTORNEY

SAMANTHA TREPEL
TRIAL ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 17-20354-CR-MGC(s) |
|---|---|

vs.

**GERALD SLOANE WALLACE**      **CERTIFICATE OF TRIAL ATTORNEY**

**Defendant.**
_____/      **Superseding Case Information:**

**Court Division**: (Select One)

New Defendant(s)     Yes ___  No  X
Number of New Defendants
Total number of counts     4

_X_ Miami     ___ Key West
___ FTL       ___ WPB     ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take     5     days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                  (Check only one)

   I    0 to 5 days       _x_          Petty     ___
   II   6 to 10 days      ___          Minor     ___
   III  11 to 20 days     ___          Misdem.   ___
   IV   21 to 60 days     ___          Felony    _x_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  June 6, 2017
   Defendant(s) in state custody as of    February 27, 2017
   Rule 20 from the _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___Yes  _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___Yes  _x_ No

_____
HARRY C. WALLACE, JR.
ASSISTANT UNITED STATES ATTORNEY
Bar No. 623946

*Penalty Sheet(s) attached                                                  REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>GERALD SLOANE WALLACE</u>

**Case No**: <u>17-20354-CR-MGC(s)</u>

Count #: 1

<u>Attempted Obstruction of Persons in the Free Exercise of Religious Beliefs</u>

<u>Title 18, United States Code, Section 247</u>

**\* Max.Penalty**: <u>  20 years</u>

Count #: 2

<u>Interstate Communication of a Threat to Injure</u>

<u>Title 18, United States Code, Section 875(c)</u>

**\* Max.Penalty**: <u>  5 years</u>

Count #:

_____

**\* Max.Penalty**:

Count #:

_____

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**