UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20354-CR-Cooke

UNITED STATES OF AMERICA,

vs.

GERALD SLOANE WALLACE,

      Defendant.
_____/

**FACTUAL PROFFER IN SUPPORT OF PLEA AGREEMENT**

The Islamic Center of Greater Miami-Masjid Miami Gardens (also known as Muslim Communities Association of South Florida) (hereinafter "Masjid Miami Gardens"), is located at in Miami Gardens, within the Southern District of Florida. The mosque provides a place for religious worship, and operates a Sunday school for children ages five and older. It also is used by area Muslims for other religious services such as conversions, marriages and funerals.

On or about February 20, 2017, a member of Masjid Miami Gardens discovered that a threatening message had been left on Masjid Miami Garden's voicemail system. The voicemail stated:

> Fuck you Muslims, fuck Mohammed, fuck the Koran and fuck Islam. I hate you Muslims, you Muslims are terrible. I hate you people. I'm gonna go down to your center, I'm gonna shoot all ya'll. Fuck you, I hate your Allah, I hate your Koran, I hate everything about Islam. You people are worthless shit. Go to hell. Fuck you.

Law enforcement officers were able to use Masjid Miami Gardens' caller identification function on the mosque's telephone line to determine the number that had been used to leave the

offending voicemail.  T-Mobile identified Gerald Wallace as the subscriber, and on February 27, 2017, he was taken into custody by the State of Florida.

Later during the day of February 27th, investigators with the Federal Bureau of Investigation (FBI) and the Miami Gardens Police Department conducted a voluntary, video-recorded interview with Wallace after he was given a *Miranda* warning and waived those rights.  During the interview, Wallace admitted that since September 11, 2001, he has had "absolute hatred" for Muslims, especially Muslims in the United States.  Wallace also told the FBI that on February 19, 2017, he was home alone watching the local news when he saw a report on terrorism and Muslims that made him angry.  Wallace informed the FBI that later that day, he reported for his 3:00 p.m. shift as a security guard at a Winn Dixie store in Miami. While at work, he began researching local mosques on his smartphone. Using the search engine Bing, he found the Almuhimini Islamic Center in Miami, and called it, intending to leave a message expressing his feelings about Muslims, but no one answered and there was no way for him to leave a message. Wallace continued his search and found the North Miami Islamic Center. He again placed a call, intending to leave a similar message, but there was no answer so again he could not leave a message. Wallace stated that he returned to his search results and found Masjid Miami Gardens, to which he then placed his third call. This time, although no one answered, he was able to leave the aforementioned voicemail message.

The records provided by T-Mobile also showed that on February 19, 2017, at 8:39:42 p.m., Wallace's cellular telephone had been used to dial Masjid Miami Gardens. The call was successfully completed, and lasted for 71 seconds.  The call was picked up by a cell tower in Miami, transferred to a switch located in Chicago, Illinois and then routed back to a Miami tower near Masjid Miami Gardens, where the call was completed in the Southern District of Florida.

During the interview on February 27, 2017, Wallace signed a consent form permitting law enforcement to search his smartphone, a second (prepaid) cellular phone that he possessed, and his laptop computer. The law enforcement officers discovered an outgoing call to the Masjid Miami Gardens on Wallace's smartphone's call log for February 19, 2017. The FBI also extracted his internet searches and found that he had searched for "Islamic center of miami" on Bing on February 19, 2017, and that he had visited the website for the Masjid Miami Gardens.

On December 12, 2015, Masjid Miami Gardens also had received the following email from a sender using the name Gerald S. Wallace and an email address matching the one found on his laptop. During his FBI interview, Wallace also acknowledged that the email address was his. The subject line of the email read, "Fuck Islam! Fuck Mohammed. Death to Islam." The body of the email stated:

> Islam is cancer. Islam is a disease. Fuck Mohammad. Fuck the Koran. I hate all Muslims. Islam is a disgrace to the human race. Mohammad is a pedophile. Mohammad is a false prophet. Fuck Islam. I will never submit to Islam. . . . I want to kill every Muslims [sic] around the world. Go back to your piece of shit Muslims [sic] nation. . . . I want all Muslims to die. Fuck you. Muslims are evil. I want to kill you Muslims.

The mosque promptly reported the email to the police.

FBI agents interviewed members of Masjid Miami Gardens who stated that the threatening message made members of the congregation concerned about their safety. The member of the mosque who first discovered the message immediately called 911 and secured the doors to the mosque. One mosque official estimated that a couple of people dropped out of the congregation after the threat, while another member stated that some congregants did not come to prayer services on the day the threat was discovered. In response to the threatening message, Masjid Miami Gardens arranged to have a Miami Gardens police officer visibly

3

posted outside the mosque during Sunday school; hired an off-duty officer to provide security; and set up an informal internal security system where one congregant who would otherwise be attending prayer services stood watch outside the mosque.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 10/19/17       By: _____
                     HARRY C. WALLACE, JR.
                     ASSISTANT UNITED STATES ATTORNEY

Date: 10/19/17       By: _____
                     SAMANTHA TREPEL
                     TRIAL ATTORNEY
                     DEPARTMENT OF JUSTICE
                     CIVIL RIGHTS DIVISION

Date: 10/19/17       By: _____
                     GERALD SLOANE WALLACE
                     DEFENDANT

Date: 10/19/17       By: _____
                     JOAQUIN PADILLA, AFPD
                     DEFENSE COUNSEL